Blake Denton (Bar No. 029002008)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: blake.denton@lw.com

David C. Tolley (*pro hac vice forthcoming*)
William J. Trach (*pro hac vice forthcoming*)
U. Gwyn Williams (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Email: david.tolley@lw.com
william.trach@lw.com
gwyn.williams@lw.com

*Attorneys for Plaintiff*
*United Healthcare Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC.,<br>Plaintiff,<br>v.<br>SOOD MEDICAL PRACTICE, LLC,<br>Defendant. | Case No. 26-cv-2921 |

**PLAINTIFF UNITED HEALTHCARE SERVICES, INC.'S CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2**

In accordance with Local Civil Rule 11.2, the undersigned counsel for Plaintiff United Healthcare Services, Inc. ("United") certifies, pursuant to 28 U.S.C. § 1746, that the matter in controversy in this action is not currently the subject of pending litigation in any other court, pending arbitration, or administrative proceeding.

As more fully described in United's Complaint in the above captioned matter, the claim underlying this action was fraudulently submitted to an inapplicable Independent Dispute Resolution process under the No Surprises Act. That process resulted in a payment determination on October 31, 2025, and is no longer pending.

The undersigned counsel certifies under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2026

Respectfully submitted,
*/s/ Blake Denton*

Blake Denton (Bar No. 029002008)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: blake.denton@lw.com

David C. Tolley (*pro hac vice forthcoming*)
William J. Trach (*pro hac vice forthcoming*)
U. Gwyn Williams (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Email: david.tolley@lw.com
william.trach@lw.com
gwyn.williams@lw.com