**Blake T. Denton**
Direct Dial: +1.212.906.1239
blake.denton@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

May 4, 2026

**<u>VIA ECF</u>**
The Honorable Susan D. Wigenton
U.S. District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

> RE:  *United Healthcare Services, Inc. v. Sood Medical Practice, LLC*,
> No. 2:26-cv-02921-SDW-CF (D.N.J.), Plaintiff's Response to
> Defendant's *Notice of Supplemental Authority* (ECF No. 14)

Dear Judge Wigenton:

Plaintiff United Healthcare Services, Inc. ("United") respectfully submits this response to the *Notice of Supplemental Authority* (ECF No. 14, the "Notice") filed by Defendant Sood Medical Practice, LLC ("Sood") on May 1, 2026.

The Court should disregard the Notice.  It is procedurally improper and wholly irrelevant to the pending appeal.  The sole issue before the Court is whether the stay should be lifted.  Nothing in the Notice addresses that question.

Sood has not filed a motion to dismiss.  A notice of supplemental authority in connection with the appeal of a stay order is not the appropriate vehicle to request that the Court dismiss this action *sua sponte* based on what another court held in a different case involving a different provider, different facts, different health plan, and at a different procedural stage.  *See UnitedHealthcare of Pa., Inc. v. NorthStar Anesthesia of Pa., LLC*, No. 2:25-cv-07187-MAK, ECF No. 43 (E.D. Pa. Apr. 28, 2026).  If Sood wanted to argue the merits of this action, it should not have opposed lifting the stay.

Notwithstanding these procedural issues, United respectfully disagrees with the *NorthStar* decision and will present its arguments in response to any properly filed motion to dismiss after the stay is lifted.

United respectfully requests that the Court disregard the Notice.

May 4, 2026
Page 2

LATHAM&WATKINS LLP

Sincerely,

_s/ Blake T. Denton_
Blake T. Denton (N.J. Bar No. 029002008)

cc: All counsel of record (via ECF)