**LATHAM & WATKINS LLP**
Blake T. Denton (N.J. Bar No. 029002008)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
blake.denton@lw.com

David C. Tolley (*pro hac vice*)
William J. Trach (*pro hac vice*)
U. Gwyn Williams (*pro hac vice*)
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
david.tolley@lw.com
william.trach@lw.com
gwyn.williams@lw.com

*Attorneys for Plaintiff*
*United Healthcare Services, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SOOD MEDICAL PRACTICE, LLC,<br><br>Defendant. | Case No. 2:26-cv-02921 (SDW) (CF)<br><br>Hon. Susan D. Wigenton<br>Hon. Cari Fais<br><br>**Oral Argument Requested**<br><br>**Motion Day: September 8, 2026** |

## CERTIFICATE OF SERVICE

I, Blake T. Denton, hereby certify pursuant to 28 U.S.C. § 1746 that:

1. I am a partner at the law firm of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020, counsel to Plaintiff United Healthcare Services, Inc. ("United") in the above-captioned matter. I am admitted to the Bar of the State of New Jersey and of this Court.

2. On this date, I caused to be filed with the Clerk of the Court, and to be served on all counsel of record via the Electronic Filing System, United's Opposition to Sood Medical Practice, LLC's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: August 7, 2026
New York, New York

/s/ *Blake T. Denton*
Blake T. Denton